AO 240 (EDLA Rev. 8/02)

# UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Thomas LeBeau  108525
_____
Plaintiff

V.

N. Burl Cain Warden
_____
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**FILED  MAR 17 2014**
**WILLIAM W. BLEVINS**
**CLERK**

CASE NUMBER: **14-823**

**SECT. H  MAG. 5**

I, Thomas LeBeau _____, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Angola State Penitentiary

   Are you employed at the institution?  No    Do you receive any payment from the  yes

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☐ Yes    ☑ No
   e. Gifts or inheritances                              ☐ Yes    ☑ No
   f. Any other sources                                  ☐ Yes    ☑ No

   If the answer to any of the above is "Yes", describe each source of money and state the amount received and what you expect you will continue to receive.

**TENDERED FOR FILING**

**MAR 28 2014**

**U.S. DISTRICT COURT**
**Eastern District of Louisiana**
**Deputy Clerk**

___ Fee _____
___ Process _____
 x  Dktd _____
___ CtRmDep _____
___ Doc. No. ____

AO 240 Reverse (EDLA Rev. 8/02)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  0

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Name                    Relationship               Amount Contributed for Support

I declare under penalty of perjury that the above information is true and correct.

3-24-14                                     Thomas LeBeau
Date                                        Signature of Applicant

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, Thomas Lebeau #108525, has a present inmate account balance of $ -0- at the LSP institution. I further certify that the average monthly deposits for the preceding six months is $ 1.47

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).

I further certify that the average monthly balance for the prior six months is $ 1.71

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

Date Cer**DATE**                            Saundra Rosso
                                            Authorized Officer of Institution

MAR 24 2014

**CERTIFIED**

**RECEIVED**

MAR 17 2014

Legal Programs Department

SCANNED at LSP and Emailed
3/17/14 by CM . 142 pages
date        initials    No.

UNITED STATES DISTRICT COURT
Eastern District of Louisiana

x **Thomas LeBeau**
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

**N. Burl Cain, Warden**   CASE NUMBER:
Defendant

I, **Thomas LeBeau**, declare that I am the (check the appropriate box)

[ ] Petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [✓] Yes     [ ] No     (If "No," go to Part 2)
   If "Yes," state the place of your incarceration **Angola State Prison**     Are you employed at the institution? **NO**   Do you receive any payment from the institution? **NO**

   Have the institution certify the Statement of Account portion of this affidavit or attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes     [✓] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer if "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [✓] No
   b. Rent payments, interest or dividends              [ ] Yes    [✓] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [✓] No
   d. Disability or workers compensation payments       [ ] Yes    [✓] No
   e. Gifts or inheritances                             [ ] Yes    [✓] No
   f. Any other sources                                 [ ] Yes    [✓] No

**TENDERED FOR FILING**

MAR 17 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   [✓] Yes   [ ] No

   If "Yes," state the total amount   0

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   [ ] Yes   [✓] No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|

I declare under penalty of perjury that the above information is true and correct.

3-10-14                                                  Thomas LeBeau
Date                                                     Signature of Applicant

2

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that this inmate, _Thomas LeBeau #108525_, has a present inmate account balance of $ _3.31_ at the _Louisiana State Penitentiary_ institution. I further certify that the average monthly deposits for the preceding six months is  $ _1.60_

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).

I further certify that the average monthly balance for the prior six months is   $ _1.71_

(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).

_____                                  _____
Date Certified                                                                  Authorized Officer of Institution

# STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that **Thomas Lebeau**, inmate number **108525** the Plaintiff herein has the following sums of money on account to his credit at **LOUISIANA STATE PENITENTIARY**, Angola, Louisiana 70712, the institution where he is confined:

- Prison Drawing Account: $ 0
- Prison Savings Account: $ 0
- A. Cash $ _____
- B. Bonds $ _____

I further certify that the average monthly deposits for the preceding six months is $ **1.60**.

(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six)

I further certify that the average monthly balance for the preceding six months is $ **1.71**.

(The average monthly balanced is to be determined by adding each days balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance of the six months are to be added together and the total is to be divided by six).

_____          *Saundra Rossi*
Date Certified                   Signature of Authorized Officer of Institution

**DATE**

**MAR 1 0 2014**

**CERTIFIED**